```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
DARIA KHOROSHAVINA, :
:
                Plaintiff, : **ORDER**
:
                -against- : 19-CV-10481 (PAE) (JLC)
:
PEREZ HILTON MANAGEMENT, INC. :
and MARIO ARMANDO :
LAVANDEIRA, JR., :
:
                Defendants. :
:
----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

     By Order of Reference dated November 14, 2019 (Dkt. No. 8), Judge Engelmayer referred this case to me for general pre-trial supervision. On November 26, 2019, Plaintiff filed affidavits of service indicating that Defendant Mario Armando Lavandeira Jr. had been served on November 14, 2019 (Dkt. No. 9) and Defendant Perez Hilton Management, Inc. had been served on November 20, 2019 (Dkt. No. 10). Defendants' answers (or other responses) were thus due on December 5, 2019, and December 11, 2019, respectively. As it is now January 7, 2020, Plaintiff is hereby directed to file a motion for default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure made returnable before Judge Engelmayer (or seek any other appropriate relief) by **February 7, 2020**. Failure to file default papers (or seek other relief) by the court deadline set herein may result in dismissal of this action for failure to prosecute.

     **SO ORDERED.**

Dated: January 7, 2020
      New York, New York

                                             _____
                                           JAMES L. COTT
                                           United States Magistrate Judge